**Kenneth H. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40888.**

Missouri Court of Appeals,
Western District.

Jan. 24, 1989.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Feb. 28, 1989.

Application to Transfer Denied
April 18, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Melvin E. WOLFE, Appellant.**

**No. WD 40760.**

Missouri Court of Appeals,
Western District.

Jan. 24, 1989.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Feb. 28, 1989.

Application to Transfer Denied
April 18, 1989.

Donald L. Catlett, Public Defender, Jefferson City, for appellant.

Richard G. Callahan, Pros. Atty., Cole County, Mark A. Richardson, Asst. Pros. Atty., Cole County, Jefferson City, for respondent.

Before FENNER, P.J. and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a conviction for leaving the scene of an accident, in violation of § 577.060, RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.25(b).